UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RICHARD MYRON COUNSIL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-106-TAV-HBG |
| ) | |
| SEVIER COUNTY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Plaintiff's Motion to Amend Complaint [Doc. 9]. The Plaintiff states that on March 24, 2017, he filed a Complaint naming "Unknown Officers." The Plaintiff states that after filing his Compliant, he was given information from defense counsel identifying the correction officers who were working at the Sevier County Detention Center at the time the Plaintiff was in custody. The Plaintiff requests leave to add Jackson Kappenmann as a Defendant in this case. In addition, the Plaintiff states that the Defendants do no oppose his Motion. Finally, the Plaintiff filed a Supplement [Doc. 12] to his Motion, attaching the proposed Amended Complaint in accordance with Local Rule 15.1.

Accordingly, the Court finds that the Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. Finally, the Defendants do not oppose the Motion. Accordingly, the Plaintiff's Motion to Amend the

Complaint [**Doc. 9**] is **GRANTED**.  The Plaintiff **SHALL FILE** his Amended Complaint [Doc. 12] as his operative pleading in CM/ECF on or before **July 25, 2017.**

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge